```
 1  VENABLE LLP
    Daniel S. Silverman (SBN 137864)
 2    dsilverman@Venable.com
    Bety Javidzad (SBN 240598)
 3    bjavidzad@Venable.com
    2049 Century Park East, Suite 2100
 4  Los Angeles, California 90067
    Telephone:  (310) 229-0373
 5  Facsimile:  (310) 229-9901

 6  VENABLE LLP
    Marcella Ballard (to be admitted pro hac vice)
 7    mballard@Venable.com
    1270 Avenue of the Americas, 25th Floor
 8  New York, New York 10020
    Telephone:  (212) 307-5500
 9  Facsimile:  (212) 307-5598

10  Attorneys for Plaintiff
    LEAD SEEKER LLC A/K/A
11  MIRACLE GARCINIA CAMBOGIA
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**'14CV0831 AJB BLM**

| | |
|---|---|
| LEAD SEEKER LLC, A/K/A MIRACLE GARCINIA CAMBOGIA, | CASE NO. |
| Plaintiff, | **PLAINTIFF LEAD SEEKER LLC, A/K/A MIRACLE GARCINIA CAMBOGIA'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| MIRACLE GARCINIA CAMBOGIA RX, | **[FED. R. CIV. P. 7.1]** |
| Defendant. | |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Plaintiff Lead Seeker LLC, a/k/a Miracle Garcinia Cambogia ("MGC"), makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1:

MGC has no parent company, and no publicly held corporation or entity owns 10% or more of its stock.

Date: April 8, 2014

VENABLE LLP

By: /s/ Daniel S. Silverman
    Daniel S. Silverman
    Bety Javidzad
    Marcella Ballard

Attorneys for Plaintiff
LEAD SEEKER LLC A/K/A
MIRACLE GARCINIA CAMBOGIA